EXXON COMPANY, U.S.A. v. THE BOARD OF ADJUSTMENT
OF THE TOWNSHIP OF TEANECK, BERGEN COUNTY,
NEW JERSEY.

March 17, 1981.

Petition for certification granted.

THANIS KANE v. DOROTHY NOTTAGE.

March 17, 1981.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF J. W.

March 17, 1981.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF W. C.

March 17, 1981.

Petition for certification denied.